USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER O'ROURKE,
        Plaintiff,

v.

ASIA EXPRESS, INC. and 493 2ND, LLC
        Defendants.

Case No.: 1:19-cv-10757( )

## STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant action with prejudice, and without costs to either undersigned party, and without an award of legal fees in favor of Plaintiff.

Dated: New York, New York
       January 27, 2020

FOR THE PLAINTIFF FOR

By: *Peter Sverd*

Peter Sverd, Esq. (PS0406)
Law Offices of Peter Sverd, PLLC
225 Broadway, Ste 613
New York, NY 10007
Ph. (646) 751-8743

FOR THE DEFENDANT 493 2ND LLC

By: _____

Ranakdevi Londoner, Esq. (RC7164)
Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007
Ph. (212) 267-6364

SO ORDERED:

*Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2/3/2020