USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER O'ROURKE,
        Plaintiff,

v.

ASIA EXPRESS, INC. and 493 2ND, LLC
        Defendants.

Case No.: 1:19-cv-10757

### NOTICE OF VOLUNTARY DISCONTINUANCE WITHOUT PREJUDICE

    Plaintiff hereby move this court to dismiss the instant action with without prejudice, as and against co-defendant ASIA EXPRESS INC. pursuant to FRCP Rule 41(A)(i).

Dated: New York, New York

    January 31, 2020

FOR THE PLAINTIFF FOR

By: *Peter Sverd*

    Peter Sverd, Esq.(PS0406)
    Law Offices of Peter Sverd, PLLC
    225 Broadway, Ste 613
    New York, NY 10007
    Ph. (646) 751-8743

SO ORDERED:

*Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2/3/2020